Your Name: Eugene Hart Jr.

Your Address: #166 Turk st. SF, Ca. 94102

Phone Number: (510) 418-5267

Email Address: eugenehartjr@gmail.com

Pro Se Plaintiff

FILED

JUN 16 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NP  (MIA)

(1)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart Jr.

Plaintiff,

v.

DocuSign inc

Defendant.

Case Number    CV26-05896
[leave blank]
KAW

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒    No ☐

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Eugene Hart Jr.

Address: 1600 Turk st. Apt. 24 San Francisco, Ca. 94102

Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: Lynette Lewis ("DocuSign inc")

Address: #2000 Mt. Wilson ct. Antioch, Ca. 94531

Telephone: (925) 7770332

Defendant 2:

COMPLAINT                    PAGE ___ OF ___              JDC TEMPLATE, UPDATED 11/2024

Name: *Toni Marie Lopez*

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT

PAGE____OF____

IDC TEMPLATE UPDATED

☒ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5.  Because this lawsuit arose in _San Francisco/Oakland_ County, it should be assigned to the _San Francisco County_ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

Facts to the case is I knew better not to sign for "Docu Sign", I Rejected them before but the system forces you to sign with them to open a Bank Account or any other services in that Matter Regarding signing Any Documents within the goverment. Its making Some one give up there legal right to sign his own name, or make decisions for itself."

COMPLAINT                          PAGE ___ OF ___

JDC TEMPLATE UPDATED 11/2021

"cont."

Why would I give up my power to sign for my own life situations? There is a claim that im disabled or incompetent or has some brain injury or some illness like Covid that stops my growth or life in general. I dont agree with anything that this entity has done within using Altered info put on my Birth Certificate and others Birth-Certificates, as its Basically a Takeover of my immediate families information. These problems, has caused me so many issues, like owning property Home, Everything. Its as I give up my life To another person, I didn't agreed then I dont agree Now. I want to eliminate this problem For ever. I dont need no one to make my own decisions

COMPLAINT                          PAGE    OF

## VI.    CLAIMS

### First Claim

Name the law or right violated:

"Law" is unlawful and violates all Rights."

Name the defendants who violated it:

"Lynette Lewis" & All "involved

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The "Law" in my opinion Needs changed or Reevaluated. It's to many crimes in my opinion going on with No real Justice. I don't agree to sign my life away To a Devil or due to some Term or Conditions that I agreed to without checking. Just for using a cell phone, allows this government do any thing they want To you. It's if by Agreeing To this "Docusign ing." that would mean you don't have any Rights to do anything unless asking the person incharge of whom control the contract.

"Forgery" Claim

Name the law or right violated:

"Law" Protects people from "Forgery" & "Fraud"

Name the defendants who violated it:

Robert "Leo" Hart & Toni Marie Lopez; Francis Quinatillian

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

"Law" would stop forced contracts and would make contract companies disclose there Terms and intentions of the contract. Will give people thats Not aware of the Type of control to the one Trying To Contract for Total control. Defendants Violates laws by attempting To Trick or manipulate another out of what belongs to them. "Docusign" would allow others to take all possession and whats Rightfully theres. I would want this Contract looked into and Investigated closer.

COMPLAINT                    PAGE  OF

## VII.  DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Ask court To stop this bad Contract in Docusign from taking Complete control over others. My claim is that the contract is a breach and the language used is abusive and that some people Might not fully Be aware of what they agree to. To stop allowing Docusign To control anything. Asking court To allow me To control my own life and the harm caused is the lost of control over My life, its, Taking Back Control to life.

## VIII.  DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 06/15/26     Sign Name: Eugene Hart Jr.

Print Name: Eugene Hart Jr.

COMPLAINT

Copy this page and insert it where you need additional space.

COMPLAINT                                    PAGE    OF