Clear Form

**F I L E D**

JUN 1 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Eugene Hart Jr. Plaintiff,

vs.

DucuSign inc Defendant.

CASE NO. **CV26-05896** KAW

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, _Eugene Hart Jr._ , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _X_____ Net: _X_____

Employer: _N/A._____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

and wages per month which you received.

*No "Wage" made, only "Gross pay" by Cosco Demonstration Services*

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

|   |   |   |   |
|---|---|---|---|
| a. | Business, Profession or self employment? | Yes ___ | No ✗ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✗ |
| c. | Rent payments? | Yes ___ | No ✗ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✗ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ✗ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?                    Yes ___ No ✗

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ ___∅___                    Net $ ___∅___

4.    a.    List amount you contribute to your spouse's support:$ ___∅___

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?         Yes _X_ No ____

Estimated Market Value: $____?____    Amount of Mortgage: $____?_____

6.    Do you own an automobile?                Yes _X_ No ____

Make _____ Year _____ Model _____

Is it financed? Yes __X_ No _____ If so, Total due: $ ___?_____

Monthly Payment: $ ____?_____

7.    Do you have a bank account?  Yes _X_ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _Wells Fargo Bank and_

_Bank of America in San Francisco_

Present balance(s):  $ _____

Do you own any cash?  Yes _X_ No ____  Amount: $ _1000 Cash on hand_

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)                          Yes _X_ No ____

__Works within Systems_____

8.    What are your monthly expenses?

Rent: $ ___—_____  Utilities: _.?_____

Food: $ _400_____  Clothing: __—_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Credit Agency | $ ____?____ | $ ____?____ |
|  | $ _____ | $ _____ |
|  | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
they are payable.  Do not include account numbers.)

_Student loans debt, Mortgage payment owed_

_Credit Collection interest Rates owed._

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

___06/15/26_____        ___Eugene Hart Jr._____
        DATE                        SIGNATURE OF APPLICANT

- 4 -